# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

144036 & (50)(51)(52)(53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

TERRY NUNLEY,
   Defendant-Appellee,

and

ATTORNEY GENERAL,
   Intervenor.

SC: 144036
COA: 302181
Washtenaw CC: 10-001573-AR

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The motions of the Attorney General to intervene and to stay the precedential effect of the published Court of Appeals opinion are GRANTED. The motion to enlarge the record on appeal and the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals remain pending.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk

p1129